**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 783 MAL 2017

             Respondent                  :

                                     :    Petition for Allowance of Appeal from

                                     :    the Order of the Superior Court

             v.                      :

                                     :

CURTIS JOHN MULHERN,             :

                                   :

              Petitioner                  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.